| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**INITIAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bryan, Christina A. | 2. Court or Organization<br><br>U.S. District Court for the Southern District of Texas | 3. Date of Report<br><br>05/30/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>04/30/2018 |
| 7. Chambers or Office Address<br><br>Bob Casey Courthouse<br>515 Rusk Street<br>Houston, TX 77002 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Smyser Kaplan & Veselka, L.L.P. |
| 2. | Director / President's Council | Inprint Houston |
| 3. | Director | Buffalo Bayou Partnership |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | None | $0.00 |
| 2. | 2017 | Self-employed (attorney) | $701,842.00 |
| 3. | 2016 | Self-employed (attorney) | $541,119.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed (attorney) |
| 2. | 2017 | Self-employed (attorney) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 05/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage | Mortgage on rental property | O |
| 2. | Wells Fargo | Line of credit | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO BANK NA | A | Interest | M | T | Exempt | | | | |
| 2. RENTAL PROPERTY #1, TETON COUNTY, WY | E | Rent | P1 | W | | | | | |
| 3. ETHEREUM | | None | J | T | | | | | |
| 4. LITECOIN | | None | J | T | | | | | |
| 5. KM 1464 PARTNERS, LP | | None | L | V | | | | | |
| 6. KM-TS PARTNERS, LP | D | Distribution | L | V | | | | | |
| 7. SUSMAN GODFREY LLP (CAP. ACCOUNT) | A | Interest | M | T | | | | | |
| 8. WALKER FAMILY FARMS LTD | C | Rent | O | W | | | | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. GUGGENHEIM ULTRA SHORT DURATION (GSY) | | None | | | | | | | |
| 11. ISHARES 7-10 YEAR TRSURY BD (IEF) | A | Dividend | L | T | | | | | |
| 12. SPDR S&P 500 ETF (SPY) | A | Dividend | K | T | | | | | |
| 13. DOUBLELINE TOTAL RETURN BD (DBLTX) | A | Dividend | K | T | | | | | |
| 14. TEMPLETON GLOBAL BOND FD (TGBAX) | A | Dividend | K | T | | | | | |
| 15. AKRE FOCUS FD INST (AKRIX) | | None | K | T | | | | | |
| 16. BARON EMRG MKTS FD INST (BEXIX) | | None | J | T | | | | | |
| 17. FIRST EAGLE OVERSEAS FD (SGOIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JANUS HENDERSON EUROPEAN FOCUS (HFEIX) | A | Dividend | L | T | | | | | |
| 19. MAINGATE MLP FD CL 1 (IMLPX) | A | Dividend | K | T | | | | | |
| 20. PRIMECAP ODYSSEY AGGR GROWTH FD (POAGX) | B | Dividend | M | T | | | | | |
| 21. VANGUARD DIV GROWTH FD (VDIGX) | | None | L | T | | | | | |
| 22. IRA #2 (H) | | | | | | | | | |
| 23. SPDR S&P 500 ETF (SPY) | | None | K | T | | | | | |
| 24. XTRACKERS MSCI EAFE HDGD (DBEF) | | None | K | T | | | | | |
| 25. FIRST EAGLE OVERSEAS FD (SGOIX) | | None | K | T | | | | | |
| 26. IRA #3 (H) | | | | | | | | | |
| 27. FIRST EAGLE OVERSEAS FUND (SGOVX) | A | Dividend | J | T | | | | | |
| 28. SCHWAB S&P 500 INDEX FD (SWPPX) | A | Dividend | J | T | | | | | |
| 29. IRA #4 (H) | | | | | | | | | |
| 30. FIRST EAGLE OVERSEAS FD (SGOVX) | A | Dividend | J | T | | | | | |
| 31. SCHWAB FUNDAMENTAL US SMALL CO (SFSNX) | A | Dividend | J | T | | | | | |
| 32. SCHWAB S&P 500 INDEX FD (SWPPX) | A | Dividend | J | T | | | | | |
| 33. RETIREMENT PLAN #1 (H) | | | | | | | | | |
| 34. GUGGENHEIM ULTRA SHORT DURATION (GSY) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES 7-10 YEAR TRSURY BD (IEF) | B | Dividend | M | T | | | | | |
| 36. SPDR DOW JONES INDUSTRIAL AVG (DIA) | B | Dividend | L | T | | | | | |
| 37. SPDR S&P MIDCAP 400 ETF (MDY) | A | Dividend | K | T | | | | | |
| 38. SPDR S&P 500 ETF (SPY) | C | Dividend | N | T | | | | | |
| 39. XTRACKERS MSCI EAFE HDGD (DBEF) | C | Dividend | M | T | | | | | |
| 40. ARTISAN HIGH INCM FD ADV (APDFX) | D | Dividend | | | | | | | |
| 41. DOUBLELINE TOTAL RETURN BD FD (DBLTX) | C | Dividend | M | T | | | | | |
| 42. LORD ABBETT SHORT DUR INCOME FD (LLDYX) | B | Dividend | L | T | | | | | |
| 43. TEMPLETON GLOBAL BOND FD ADV (TGBAX) | C | Dividend | L | T | | | | | |
| 44. VANGUARD INTERM TERM INVESTMENT GRADE (VFIDX) | | None | M | T | | | | | |
| 45. AKRE FOCUS FD INST (AKRIX) | A | Dividend | M | T | | | | | |
| 46. BARON EMRG MKTS FD INST (BEXIX) | | None | L | T | | | | | |
| 47. FIRST EAGLE OVERSEAS FD (SGOIX) | C | Dividend | L | T | | | | | |
| 48. GOTHAM ENHANCED RETURN FD (GENIX) | B | Dividend | M | T | | | | | |
| 49. MAINGATE MLP FD (IMLPX) | C | Dividend | L | T | | | | | |
| 50. OBERWEIS INTL OPPTY FD (OBIOX) | D | Dividend | M | T | | | | | |
| 51. PRIMECAP ODYSSEY AGGR GROWTH FD (POAGX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RIVERNORTH CORE OPPTY FD (RNCIX) | C | Dividend | | | | | | | |
| 53. VANGUARD DIV GROWTH FD (VDIGX) | C | Dividend | L | T | | | | | |
| 54. YCG ENHANCED FD (YCGEX) | B | Dividend | K | T | | | | | |
| 55. RETIREMENT PLAN #2 (H) | | | | | | | | | |
| 56. Oppenheimer International Growth Y | A | Dividend | | | | | | | |
| 57. T. Rowe Price Mid Cap Growth | B | Dividend | | | | | | | |
| 58. Vanguard Extended Market Idx Adm | A | Dividend | | | | | | | |
| 59. Vanguard 500 Index Admiral | C | Dividend | | | | | | | |
| 60. Metropolitan West Total Return Bond I | B | Dividend | | | | | | | |
| 61. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 62. SCHWAB GOVT MONEY FUND (SWGXX) (CASH) | A | Interest | K | T | | | | | |
| 63. AMERICAN ELECTRIC TE (AETI) | | None | K | T | | | | | |
| 64. ISHARES 7-10 YEAR TRSURY BD (IEF) | A | Dividend | K | T | | | | | |
| 65. POWERSHARES QQQ TRUST (QQQ) | A | Dividend | L | T | | | | | |
| 66. SPDR DOW JONES INDUSTRIAL AVG (DIA) | B | Dividend | L | T | | | | | |
| 67. SPDR S&P MIDCAP 400 ETF (MDY) | B | Dividend | M | T | | | | | |
| 68. SPDR S&P 500 ETF (SPY) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VANGUARD GROWTH ETF (VUG) | | None | | | | | | | |
| 70. VANGUARD LARGE CAP ETF (VV) | B | Dividend | M | T | | | | | |
| 71. XTRACKERS MSCI EAFE HDGD (DBEF) | B | Dividend | L | T | | | | | |
| 72. DOUBLELINE TOTAL RETURN BD FD (DBLTX) | A | Dividend | K | T | | | | | |
| 73. AKRE FOCUS FD INST (AKRIX) | | None | | | | | | | |
| 74. FIRST EAGLE OVERSEAS FD (SGOIX) | A | Dividend | K | T | | | | | |
| 75. JANUS HENDERSON EUROPEAN FOCUS (HFEIX) | A | Dividend | K | T | | | | | |
| 76. MAINGATE MLP FD CL I (IMLPX) | C | Dividend | L | T | | | | | |
| 77. OBERWEIS INTL OPPTY FD (OBIOX) | | None | K | T | | | | | |
| 78. PRIMECAP ODYSSEY AGGR GROWTH FD (POAGX) | | None | L | T | | | | | |
| 79. VANGUARD DIV GROWTH FD (VDIGX) | B | Dividend | L | T | | | | | |
| 80. YCG ENHANCED FD (YCGEX) | | None | J | T | | | | | |
| 81. EDUCATION ACCOUNT #1 (H) | | | | | | | | | |
| 82. AMERICAN FUNDS American Mutual Fund 529F1 (CMLFX) | A | Dividend | J | T | | | | | |
| 83. AMERICAN FUNDS Intermediate Bond Fund of America 529F1 (CBOFX) | A | Dividend | K | T | | | | | |
| 84. AMERICAN FUNDS Short-Term Bond Fund of America 529F1 (CFAMX) | A | Dividend | J | T | | | | | |
| 85. EDUCATION ACCOUNT #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AMERICAN FUNDS American Mutual Fund 529F1 (CMLFX) | A | Dividend | J | T | | | | | |
| 87. AMERICAN FUNDS Intermediate Bond Fund of America 529F1 (CBOFX) | A | Dividend | J | T | | | | | |
| 88. AMERICAN FUNDS Short-Term Bond Fund of America 529F1 (CFAMX) | A | Dividend | J | T | | | | | |
| 89. EDUCATION ACCOUNT #3 (H) | | | | | | | | | |
| 90. AMERICAN FUNDS American Mutual Fund 529F1 (CMLFX) | A | Dividend | K | T | | | | | |
| 91. AMERICAN FUNDS Intermediate Bond Fund of America 529F1 (CBOFX) | A | Dividend | M | T | | | | | |
| 92. AMERICAN FUNDS Short-Term Bond Fund of America 529F1 (CFAMX) | A | Dividend | L | T | | | | | |
| 93. EDUCATION ACCOUNT #4 (H) | | | | | | | | | |
| 94. AMERICAN FUNDS American Mutual Fund 529F1 (CMLFX) | A | Dividend | | | | | | | |
| 95. AMERICAN FUNDS Intermediate Bond Fund of America 529F1 (CBOFX) | A | Dividend | | | | | | | |
| 96. AMERICAN FUNDS Short-Term Bond Fund of America 529F1 (CFAMX) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 05/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: Resigned 12/31/17.

Part I, lines 2 and 3: Directorships resigned in 2018.

Part VII. lines 5 and 6: Valuation of these real estate partnerships is based upon the original buy-in value. All underlying assets are believed to be operational in nature.

Part VII, line 8: Income and value of this farm are based upon ownership share. All underlying assets are believed to be operational in nature. In addition to rent, a distribution of "E" was received as a pro-rata share of forfeited escrow funds.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christina A. Bryan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544